AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Suko, Lonny R | U.S. District Court, EDWA | 04/20/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court<br>P.O. Box 2726<br>Yakima, WA 98907-2726 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Council Member (non-compensated) | College of Liberal Arts, Washington State University; beginning 9/00 |
| 2. | Trustee (non-compensated) | Washington Education Foundation (non-profit organization); beginning approximately 11/01/01. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2007 APR 25 A 9: 42 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Part-time self employment as guardian ad litem |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | College Success Foundation (formerly Washington Education Foundation) | Lodging, meals and transportation provided by non-profit organization for attendance at board meeting held at Issaquah, WA on May 16-17, |
| 2. | | 2006, and Alderbrook Manor, Washington, on 10/24 and 10/25, 2006. Total value estimated at $500.00. |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1. Wash. Mutual Savings Bank, (Account) | A | Interest | K | T | | | | | |
| 2. Raleigh Energy Corp. | | None | J | W | | | | | |
| 3. American Bar Endowment | E | Int./Div. | P1 | T | | | | | |
| 4. US Bank, (Account) | A | Intereset | K | T | | | | | |
| 5. Union Elevator & Warehouse Company (Stock) | A | Dividend | J | W | | | | | |
| 6. American Express Bond Fund | A | Interest | K | T | | | | | |
| 7. Real property in Yakima held with others | E | Rent | M | W | | | | | |
| 8. Equitable | A | Interest | K | T | | | | | |
| 9. Northwestern Mutual Life Insurance Company | B | Int./Div. | K | T | | | | | |
| 10. Management Acct. #1 | | | | | | | | | |
| 11. -Aflac Inc. | A | Dividend | | | Sale | 9/15 | J | A | |
| 12. -Allied Irish Bks | A | Dividend | | | Sale | 10/31 | J | B | |
| 13. -Altria Group, Inc. | A | Dividend | J | T | | | | | |
| 14. | | | | | Buy | 11/1 | J | | |
| 15. -Amgen, Inc. | | None | | | Sale | 10/31 | J | A | |
| 16. -Conocophillips | A | Dividend | J | T | | | | | |
| 17. | | | J | T | Buy | 9/14, 11/1 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
Q =Appraisal  V =Other  S =Assessment
U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Disney Company (X) | A | Dividend | | | Sell | 7/6 - 10/31 | J | A | |
| 19. -EOG Resources | A | Dividend | J | T | | | | | |
| 20. -Golden West Financial | A | Dividend | | | Sale | 7/21, 10/4 | J | A | |
| 21. -HSBC Holdings PLC | A | Dividend | J | T | Part Sale | 10/31 | J | A | |
| 22. -Heineken | A | Dividend | J | T | Part Sale | 10/31 | J | A | |
| 23. -Lexmark Intl Group, Inc. | A | Dividend | | | Sale | 3/23 | J | | |
| 24. -Network Appliance, Inc. | | None | | | Sale | 10/31 | J | A | |
| 25. -Occidental Pete Corp. | A | Dividend | J | T | | | | | |
| 26. -Qualcomm, Inc. | A | Dividend | | | Sale | 10/11, 10/31 | J | A | |
| 27. -Xilinx, Inc. | A | Dividend | | | Sale | 1/6, 6/2 | J | | |
| 28. -Yahoo, Inc. | | None | | | Sale | 2/10, 10/31 | J | | |
| 29. -Aon, Corp. | A | Dividend | J | T | Part Sale | 11/1 | J | | |
| 30. -American Express Co. | A | Dividend | J | T | | | | | |
| 31. | | | | | Buy | 11/1 | J | | |
| 32. -Apollo Group Inc. | | None | | | Sale | 2/10- 4/20 | J | | |
| 33. -AXA-ADR | A | Dividend | | | Sale | 10/31 | J | B | |
| 34. -BP PLC SPONS ADR | A | Dividend | J | T | Part Sale | 10/31 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy | 11/2, 12/8 | J | | |
| 36. -Barclays PLC ADR | A | Dividend | | | Sale | 7/11, 10/31 | J | B | |
| 37. -Berkshire Hathaway | | None | J | T | | | | | |
| 38. -Block H & R, Inc. (X) | A | Dividend | J | T | | | | | |
| 39. | | | | | Buy | 11/1 | J | | |
| 40. -Cadbury Schweppes | A | Dividend | J | T | Part. Sale | 5/12, 10/31 | J | A | |
| 41. -Canon, Inc. | A | Dividend | J | T | Part Sale | 10/31 | J | A | |
| 42. -Citigroup, Inc. | A | Dividend | J | T | Part Sale | 3/14 | J | A | |
| 43. | | | | | Buy | 11/1 | J | | |
| 44. -Costco Whsl Corp. | A | Dividend | J | T | | | | | |
| 45. | | | | | Buy | 11/1 | J | | |
| 46. -Commerce Bancorp, Inc. | A | Dividend | | | Sale | 10/31 | J | A | |
| 47. -Credit Suisse Group | A | Dividend | J | T | Part Sale | 3/10-12/7 | J | B | |
| 48. -Danske Bank | A | Dividend | J | T | Part Sale | 1/23 | J | A | |
| 49. | | | | | Buy | 11/3 | J | | |
| 50. -Dell, Inc. | | None | J | T | Part Sale | 1/9, 11/1 | J | | |
| 51. | | | | | Buy | 4/11 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Devon Energy Corp. | A | Dividend | J | T | Part Sale | 7/13 | J | A | |
| 53. | | | | | Buy | 11/1 | J | | |
| 54. -Diageo PLC | A | Dividend | J | T | Part Sale | 10/31, 11/1 | J | B | |
| 55. -Ebay, Inc. | | None | | | Sale | 10/10, 10/31 | J | | |
| 56. -Electronic Arts, Inc. | | None | | | Sale | 6/19, 10/31 | J | | |
| 57. -ENI S P A | A | Dividend | J | T | Part Sale | 9/11- 12/12 | J | A | |
| 58. -Fifth Third Bancorp. | A | Dividend | | | Sale | 4/27 | J | | |
| 59. -Genentech, Inc. | | None | | | Sale | 3/31, 10/31 | J | C | |
| 60. -General Electric Company | A | Dividend | | | Sale | 10/31 | J | A | |
| 61. -Glaxosmithkline PLC-ADR | A | Dividend | J | T | Part Sale | 3/31 | J | A | |
| 62. | | | | | Buy | 11/2 | J | | |
| 63. -HCA, Inc. | A | Dividend | | | Sale | 9/1 | J | A | |
| 64. -Hershey Foods Corp. | A | Dividend | J | T | | | | | |
| 65. -Iron Mtn, Inc., PA | | None | J | T | | | | | |
| 66. | | | | | Buy | 11/1 | J | | |
| 67. -KAO Corp-Sponsored ADR | A | Dividend | | | Sale | 3/28, 5/12 | J | A | |
| 68. | | | J | T | Buy | 11/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Lloyds TSB Group, PLC | A | Dividend | J | T | Part Sale | 8/29 | J | A | |
| 70. -Loews, Corp. | A | Dividend | J | T | | | | | |
| 71. | | | | | Buy | 11/1 | J | | |
| 72. -Microsoft, Corp. | A | Dividend | J | T | | | | | |
| 73. | | | | | Buy | 4/11, 11/1 | J | | |
| 74. -Moody's Corp. | A | Dividend | J | T | Part Sale | 11/1 | J | A | |
| 75. -JPMorgan Chase & Co. | A | Dividend | J | T | | | | | |
| 76. | | | | | Buy | 11/1 | J | | |
| 77. -Nestle S A Reg Adr. | A | Dividend | J | T | Part Sale | 10/31 | J | A | |
| 78. -Nokia Corp. Sponsored ADR | A | Dividend | J | T | Part Sale | 10/31 | J | B | |
| 79. -Nomura Holdings, Inc. | A | Dividend | J | T | Part Sale | 10/31 | J | A | |
| 80. -Pixar | | None | | | Sale | 3/20, 3/21 | J | B | |
| 81. -Progressive Corp. Ohio | A | Dividend | J | T | Part Sale | 3/20- 10/31 | J | A | |
| 82. -Royal Dutch Pete Co. | A | Dividend | J | T | | | | | |
| 83. | | | | | Buy | 11/3 | J | | |
| 84. | | | | | Part Sale | 9/11- 10/31 | J | A | |
| 85. -San Paolo-IMI SPA | A | Dividend | | | Sale | 10/31 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -SANOFI-AVENTIS ADR | A | Dividend | | | Sale | 10/31 | J | A | |
| 87.  -Schering AG-ADR | A | Dividend | | | Sale | 4/19 | J | B | |
| 88.  -Sealed Air Corp. New | A | None | J | T | | | | | |
| 89. | | | | | Part Sale | 11/1 | J | A | |
| 90.  -Societe Gen. Fr. Spon. ADR. | A | Dividend | J | T | Part Sale | 1/24, 10/31 | J | A | |
| 91.  -Siemens A G - ADR | A | Dividend | | | Sale | 7/11, 10/31 | J | A | |
| 92.  -Starbucks Corp. | | None | | | Sale | 8/22, 10/31 | J | B | |
| 93.  -Swiss Reins Co. | A | Dividend | | | Sale | 10/31 | J | B | |
| 94.  -Tesco PLC | A | Dividend | | | Sale | 10/31 | J | B | |
| 95.  -Total S.A. Spons. ADR | A | Dividend | J | T | Part Sale | 10/31 | J | A | |
| 96.  -Transatlantic Hldgs, Inc. | A | Dividend | J | T | | | | | |
| 97.  -Tyco Intl. Ltd. New | A | Dividend | J | T | | | | | |
| 98. | | | | | Buy | 11/10 | J | | |
| 99.  -UBS AG-REG | A | Dividend | | | Sale | 2/1, 10/21 | J | B | |
| 100.  -Unilever PLC Spons. ADR F | A | Dividend | | | Sale | 3/10, 10/31 | J | A | |
| 101. | | | J | T | Buy | 11/3 | J | | |
| 102.  -Vodafone Group Spons ADR | A | Dividend | J | T | Part Sale | 10/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Vulcan Materials Co. | A | Dividend | J | T | | | | | |
| 104.  -XM Satellite Radio | | None | | | Sale | 2/10-10/13 | J | | |
| 105.  -Adobe Systems, Inc. | | None | | | Sale | 10/31 | J | A | |
| 106.  -Amazon Com, Inc. | | None | | | Sale | 3/30, 10/31 | J | | |
| 107.  -American Intl Group, Inc. | A | Dividend | J | T | | | | | |
| 108. | | | | | Buy | 11/1 | J | | |
| 109.  -Avon Products, Inc. | A | Dividend | | | Sale | 5/22 | J | A | |
| 110.  -Cardinal Health, Inc. | A | Dividend | J | T | Part Sale | 11/1 | J | A | |
| 111.  -Google, Inc. | | None | | | Sale | 1/6, 10/31 | J | C | |
| 112.  -Harley Davidson, Inc. | A | Dividend | J | T | | | | | |
| 113. | | | | | Buy | 11/1 | J | | |
| 114.  -Hoya Corp. | A | Dividend | | | Sale | 10/31 | J | A | |
| 115.  -Imperial TOB Group PLC | | None | | | Sale | 10/31 | J | A | |
| 116.  -Marsh and McLennan | A | Dividend | | | Sale | 4/5 | J | | |
| 117.  -Maxim Integrated Prods. | A | Dividend | | | Sale | 1/6-9/22 | J | | |
| 118.  -Mitsubishi Financial ADR | | None | | | Sale | 10/3 | J | A | |
| 119.  -TNT NV-ADR | | None | J | T | Part Sale | 10/31 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Varian Medical Systems Inc. | | None | | | Sale | 10/31 | J | A | |
| 121. -Vivendi Universal | A | Dividend | | | Sale | 5/5 | J | A | |
| 122. -Wal-Mart Stores, Inc. | A | Dividend | J | T | | | | | |
| 123. | | | | | Buy | 11/1 | J | | |
| 124. -Zurich Financial Svcs ADR | A | None | J | T | | | | | |
| 125. | | | | | Buy | 11/3 | J | | |
| 126. -Walgreen Company | A | Dividend | | | Sale | 10/6-10/31 | J | A | |
| 127. -Wells Fargo Company | A | Dividend | J | T | | | | | |
| 128. | | | | | Buy | 11/1 | J | | |
| 129. -Ameriprise Financial, Inc. | A | Dividend | J | T | | | | | |
| 130. -Novaritis AG | A | Dividend | | | Sale | 10/31 | J | A | |
| 131. | A | Dividend | J | T | Buy | 2/3, 7/11 | J | | |
| 132. -Comcast Corp. | | None | J | T | | | | | |
| 133. -Cisco Sys Inc. | | None | | | Sale | 5/5 - 10/31 | J | A | |
| 134. -Aegon NV | | None | J | T | Buy | 11/3-12/8 | J | | |
| 135. -Anadarko Petroleum Corp. | | None | J | T | Buy | 11/10 | J | | |
| 136. -Anglo American PLC Spons ADR | | None | J | T | Buy | 11/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Autodesk Inc. | | None | J | T | Buy | 11/10 | J | | |
| 138. -BAE Systems Place | | None | J | T | Buy | 11/3 | J | | |
| 139. -BASF AG Sponsored ADR | | None | J | T | Buy | 11/3 | J | | |
| 140. -BCE Inc. | | None | J | T | Buy | 11/3- 11/28 | J | | |
| 141. -Biogen Idec, Inc. | | None | J | T | Buy | 11/10 | J | | |
| 142. -Broadcom Corp. | | None | J | T | Buy | 11/10 | J | | |
| 143. -Caremark RX, Inc. | | None | J | T | Buy | 1/5- 11/10 | J | | |
| 144. -Cemex S.A.B DE C.C ADR | | None | J | T | Buy | 12/15 | J | | |
| 145. -Charming Shoppes Inc. | | None | J | T | Buy | 11/10 | J | | |
| 146. -Cheung Kong Hldings ADR | | None | J | T | Buy | 11/3 | J | | |
| 147. -Countrywide Financial | | Dividend | | | Buy | 2/06 | J | | |
| 148. | | | | | Sale | 10/5 | J | | |
| 149. -Erickson TEL-SP ABR | | Dividend | | | Buy | 3/22 | J | | |
| 150. | | | | | Sale | 7/6 | J | | |
| 151. -Expediters Intl. Wash, Inc. | | Dividend | | | Buy | 4/5 | J | | |
| 152. | | | | | Sale | 7/6, 10/31 | J | A | |
| 153. -Eisai Company LTD | | None | J | T | Buy | 11/6 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Encana Corp. | | None | J | T | Buy | 11/2 | J | | |
| 155. -Forest Labs Inc. | | None | J | T | Buy | 11/10 | J | | |
| 156. -Fujifilm Hldgs Corp ADR | | None | J | T | Buy | 11/3 | J | | |
| 157. -Genzyme Corporation | | None | J | T | Buy | 4/25- 11/10 | J | | |
| 158. -Getty Images, Inc. | | None | | | Buy | 3/21 | J | | |
| 159. | | | | | Sale | 9/15 | J | | |
| 160. -Grant Prideco Inc. | | None | J | T | Buy | 11/10 | J | | |
| 161. -Hutchison Whampoa ADR | | None | J | T | Buy | 11/3, 11/17 | J | | |
| 162. -Ing Groep NV | | None | J | T | Buy | 11/3 | J | | |
| 163. -Kingfisher PLC-Spons | | None | J | T | Buy | 11/3 | J | | |
| 164. -Koninklijke Philips Electrs NV | | None | J | T | Buy | 11/3 | J | | |
| 165. -Korea Elec Pwr Corp. | | None | J | T | Buy | 11/3 | J | | |
| 166. -KT Corp. SP ADR | | None | J | T | Buy | 11/3 | J | | |
| 167. -L-3 Communications Hldgs. Inc. | | None | J | T | Buy | 11/10 | J | | |
| 168. -Lehman Bros. Holdings | | None | J | T | Buy | 11/10 | J | | |
| 169. -Liberty Global Inc. SER A | | None | J | T | Buy | 11/10 | J | | |
| 170. -Liberty Media | | None | J | T | Buy | 11/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Lloyds TSB Group PLC | | None | J | T | Buy | 6/8 | J | | |
| 172. -Micron Technology Inc. | | None | J | T | Buy | 11/10 | J | | |
| 173. -Millenium Pharmaceuticals Inc. | | None | J | T | Buy | 11/10 | J | | |
| 174. -Mitsui Sumitomo Ins. | A | Dividend | | | Buy | 3/17, 4/21 | J | | |
| 175. | | | | | Sale | 10/31 | J | | |
| 176. -National Australia Bank LTD | | None | J | T | Buy | 11/3 | J | | |
| 177. -News Corp Inc. | | None | J | T | Buy | 4/7 - 11/1 | J | | |
| 178. -Nippon Telegraph & Telephone Corp. | | None | J | T | Buy | 11/3 | J | | |
| 179. -Pall Corp. | | None | J | T | Buy | 11/10 | J | | |
| 180. -Pulte Homes | | None | | | Buy | 8/8, 10/20 | J | | |
| 181. | | | | | Sale | 10/31 | J | A | |
| 182. -Procter & Gamble CO. | | None | J | T | Buy | 5/5, 11/1 | J | | |
| 183. -Reed Elsevier PLC-Spons | A | Dividend | | | Buy | 11/3 | J | | |
| 184. | | | | | Sale | 12/8 | J | | |
| 185. -Repsol YPF S.A. | | None | J | T | Buy | 11/3 | J | | |
| 186. | | | | | Part Sale | 11/20 | J | | |
| 187. -Sales Force.Com | | None | | | Buy | 1/10- 9/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sale | 10/31 | J | | |
| 189.  -Sandisk Corporation | | None | J | T | Buy | 11/10 | J | | |
| 190.  -Schlumberger Ltd. | | None | | | Buy | 3/14- 6/21 | J | | |
| 191. | | | | | Sale | 10/31 | J | A | |
| 192.  -Seagate Technology | | None | J | T | Buy | 11/10 | J | | |
| 193.  -SLM Corp. | | None | | | Buy | 4/5 | J | | |
| 194. | | | | | Sale | 10/31 | J | | |
| 195.  -Sony Corp. | | None | J | T | Buy | 11/3 | J | | |
| 196.  -Sprint Nextel Corp. | | None | J | T | Buy | 3/29, 11/1 | J | | |
| 197.  -Statoil ASA Spon ADR | | None | J | T | Buy | 11/3 | J | | |
| 198.  -Stora Enso OYJ ADR | | None | J | T | Buy | 11/3 | J | | |
| 199.  -Sumitomo Mitsui Finl. | | None | | | Buy | 1/25 | J | | |
| 200. | | | | | Sale | 10/31 | J | A | |
| 201.  -Suez-ADR | | None | | | Buy | 7/25, 9/19 | J | | |
| 202. | | | | | Sale | 10/31 | J | A | |
| 203.  -Taiwan Semiconductor MFG Co. | | None | J | T | Buy | 11/30 | J | | |
| 204.  -Telefonos Demex | | None | | | Buy | 11/3 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sale | 12/18 | J | A | |
| 206. -Thomson Spon ADR | | None | J | T | Buy | 5/30, 12/1 | J | | |
| 207. -Toyota Mtr Corp. ADR | | None | J | T | Buy | 11/2 | J | | |
| 208. -Transatlantic Holdings Inc. | | None | J | T | Buy | 5/30, 11/1 | J | | |
| 209. -Unitedhealth Group Inc. | | None | J | T | Buy | 11/10 | J | | |
| 210. -UPM-Kymmene Corp. | | None | J | T | Buy | 11/3 | J | | |
| 211. -Wachovia Corp. (X) | A | Dividend | J | T | | | | | |
| 212. -Weatherford Intl Ltd. | | None | | | Buy | 11/10 | J | | |
| 213. -Well Point, Inc. | | None | | | Buy | 9/15 | J | | |
| 214. | | | | | Sale | 10/31 | J | | |
| 215. -Zimmer Holdings | | None | | | Buy | 9/14 | J | | |
| 216. | | | | | Sale | 10/31 | J | A | |
| 217. Calvert Fd. Incm. Port-A | | | | | Sale | 5/31 | J | | |
| 218. General Electric Co. | A | Int./Div. | J | T | | | | | |
| 219. J.P. Morgan Chase 7%CAP X | A | Int./Div. | J | T | | | | | |
| 220. Solectron Corp. | | None | | | Sale | 5/31 | J | | |
| 221. CA St Econ 5% 7/1/2010 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Delaware 5.25% 4/1/2009 | A | Int./Div. | K | T | | | | | |
| 223. FHLMC 5.75% 4/15/08 | A | Int./Div. | J | T | | | | | |
| 224. Tenn VY 5.375% 11/13/08 | A | Int./Div. | J | T | | | | | |
| 225. U S Treas 4.625% 05/15/06 | | | | | Sale | 5/15 | J | | |
| 226. Washington St. Pub. Pwr Supply Sys Nuclear PJ (X) | A | Int./Div. | K | T | | | | | |
| 227. Citigroup, Inc. | A | Int./Div. | J | T | | | | | |
| 228. Deere & Co. | A | Int./Div. | J | T | | | | | |
| 229. Exxon Mobil Corp. | A | Int./Div. | J | T | | | | | |
| 230. Blackrock Lg. Cap Growth Fund CLI (formally Merrill Lynch) | A | Int./Div. | J | T | | | | | |
| 231. Blackrock Lg. Cap Value Fund CLI (Formerly Merrill Lynch) | A | Int./Div. | J | T | | | | | |
| 232. Microsoft Corp. | A | Int./Div. | J | T | | | | | |
| 233. | | | J | T | Buy | 4/11, 11/1 | J | | |
| 234. J.P. Morgan Chase & Co. | A | Int./Div. | J | T | | | | | |
| 235. Tyco, Intl Ltd. | A | Int./Div. | J | T | | | | | |
| 236. IRA #1 | B | Int./Div. | L | T | | | | | |
| 237. -Calamos Growth FD CL A | | | J | T | | | | | |
| 238. -Causeway Intl. Value-Ins. | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Century Sm. Cap. Sel. Instl. | | | | | Sale | 10/16 | J | A | |
| 240.  -Cambiar Opportunity Fd | | | J | T | | | | | |
| 241.  -FMI Focus Fund | | | J | T | | | | | |
| 242.  -Hotchkis & Wiley MD CP-1 | | | J | T | | | | | |
| 243.  -Julius Baer Intl. Eq. Cl. I | | | J | T | Part Sale | 1/20- 10/20 | J | A | |
| 244.  -Kinetics Sm. Cap. Opptys | | | J | T | | | | | |
| 245.  -Legg Mason Value Trust | | | J | T | | | | | |
| 246.  -Royce Total Return Fd. | | | J | T | | | | | |
| 247.  -TCW Galileo Sel Eqtys-1 | | | J | T | | | | | |
| 248.  -TCW Galileo Vlu Opp. FD 1 | | | J | T | | | | | |
| 249.  -Vanguard/Windsor II | | | | | Sale | 6/21 | J | A | |
| 250.  -Kinetics Paradigm Fund | | | J | T | Buy | 6/22 | J | | |
| 251.  -DWS Dreman Small Cap | | | J | T | Buy | 10/17 | J | | |
| 252.  -Alger Small Cap Ret. Fund | | | J | T | Buy | 10/17 | J | | |
| 253.  -Blackrock Funds Large Cap Value Fund (X) | A | Dividend | J | T | | | | | |
| 254. | | | | | Buy | 10/17 | J | | |
| 255.  IRA #2 | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | ● =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -Calamos Groth Fd Cl A | | | J | T | | | | | |
| 257.  -Causeway Intl Value-INS | | | J | T | | | | | |
| 258.  -Century Sm. Cap. Sel. Instl. | | | | | Sale | 10/16 | J | A | |
| 259.  -Cambiar Opportunity Fd | | | J | T | | | | | |
| 260.  -FMI Focus Fund | | | J | T | | | | | |
| 261.  -Hotchkis & Wiley Md CP-1 | | | J | T | | | | | |
| 262.  -Julius Baer Intl. Eq. Cl -1 | | | J | T | Part Sale | 1/20, 10/20 | J | A | |
| 263.  -Kinetics Sm. Cap. Opptys. | | | J | T | | | | | |
| 264.  -Legg Mason Value Trust | | | J | T | | | | | |
| 265.  -Royce Total Return FD | | | J | T | | | | | |
| 266.  -TCW Galileo Sel Eqtys-1 | | | J | T | | | | | |
| 267.  -TCW Galileo Vlu Opp. FD 1 | | | J | T | | | | | |
| 268.  -Vanguard/Windsor II | | | J | T | | | | | |
| 269.  -DWS Dreman Small Cap Value | | | J | T | Buy | 10/17 | J | | |
| 270.  -Alger Small Cap Retirement Fund | | | J | T | Buy | 10/17 | J | | |
| 271.  -Blackrock Funds Large Cap Value Fund | | | J | T | Buy | 6/22 | J | | |
| 272.  -Kinetics Paradigm Fund | | | J | T | Buy | 6/22 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    ● =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
  (See Column C2)    Q =Appraisal    V =Other    S =Assessment
    U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Management Acct. #2 | | | | | | | | | |
| 274. -Cohen & Steers Realty Shares, Inc. | A | Dividend | J | T | Buy | 6/2 | J | | |
| 275. -Julius Baer Intl Eq CL 1 | A | Dividend | J | T | Buy | 6/2 | J | | |
| 276. -Pimco Fds Pac Invt | A | Dividend | J | T | Buy | 6/2 | J | | |
| 277. -Rowe Price Equity Income | A | Dividend | J | T | Buy | 6/2 | J | | |
| 278. -Rydex Dynamic Tempst 500 | A | Dividend | J | T | Buy | 6/2 | J | | |
| 279. -Rydex Energy Svcs Invs | A | Dividend | J | T | | | | | |
| 280. -Vanguard Inter-Term Bond | B | Dividend | J | T | Buy | 6/2 | J | | |
| 281. -Vanguard Index-Smallcap Stock | A | Dividend | J | T | Buy | 5/22 | J | | |
| 282. -Vanguard Mid-Cap Index I | A | Dividend | J | T | Buy | 6/2 | J | | |
| 283. -Vanguard Prec Met & Mng FD | A | Dividend | J | T | | | | | |
| 284. | | | | | Part Sale | 1/20, 4/21 | J | A | |
| 285. -Vanguard/Windsor II | A | Dividend | J | T | Buy | 6/2 | J | | |
| 286. -Calvert Fd (X) | | Int./Div. | | | Sale | 6/8 | J | A | |
| 287. -Solectron Corp. (X) | | None | | | Sale | 6/2 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | ●=Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Page 6, line 18: Inadvertently omitted from prior report.

2. Page 7, line 38: 2004 purchase inadvertently omitted in prior report; additional purchase during 2006.

3. Page 17, line 211: Inadvertently omitted from pior report.

4. Page 19, line 253 (Blackrock Funds Large Cap Value Fund was formally referenced in the 2005 report at line 10 as the Merrill Lynch Large Cap Value Fund CLC. It should have been included as part of IRA       #1 from the 2005 report rather than a separate IRA. Blackrock Funds entries formerly carried Merrill Lynch name.

5. Page 21, line 286 and 287: Originally purchased beginning in 2002; listed previously in other accounts for which disclosure was made but inadvertently omitted from Management Acct. #2.

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/20/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date _4/20/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544